UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

       V.                            NOTICE OF APPEARANCE

Amaury Rosario,                  99-CR-533 (ARR)
        Defendant.

------------------------------X

    PLEASE TAKE NOTICE that having been duly admitted to practice in the Eastern District of New York, I, Lisa Hoyes, Esq., of the Federal Defenders of New York, do hereby represent the defendant in the above captioned case.

Dated:    Brooklyn, NY
           February 4, 2014

                                          LISA HOYES, ESQ.
                                          Assistant Federal Defender
                                          Federal Defenders of New York
                                          One Pierrepont Plaza
                                          16th Floor
                                          Brooklyn, NY 11201
                                          (718) 330-1253