

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

**FILED**

SDD:DMP

IN CLERK'S OFFICE          *271 Cadman Plaza East*
U.S. DISTRICT COURT E.D.N.Y. *Brooklyn, New York 11201*

★ AUG 19 2014 ★

BROOKLYN OFFICE

August 15, 2014

By ECF

*Application granted!*

*So ordered.*

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

s/Allyne R. Ross        JSO

08/18/14

Re:   United States v. Amaury Rosario
      Criminal Docket No. 99-533 (ARR)
      Civil Docket No. 12-3432 (ARR)

Dear Judge Ross:

        The government respectfully submits this letter to request jointly on behalf of
the parties that the re-sentencing in the above-referenced case be adjourned from September
3, 2014 to a date in early 2015.

        In 1999, Rosario was convicted, following a jury trial, of four counts of
firearms-related murder, in violation of Title 18, United States Code, Section 924(j)(1), as
well as other counts.  In 2001, the Court sentenced Rosario to four counts of life
imprisonment for the murder convictions.  On April 8, 2014, the Court vacated that sentence
pursuant to the retroactive application of Miller v. Alabama, 132 S. Ct. 2455 (2012), which
held unconstitutional a mandatory life term imposed on a person who was a juvenile at the
time of the crime.

        The Court scheduled Rosario's re-sentencing for September 3, 2014.  (See
Docket No. 13, Case No. 12-CV-3432).  On April 3, 2014, the defendant advised the Court
that it was seeking prison records, educational records, medical records and court records in
order to present mitigation evidence to the Court at the time of re-sentencing.  (See Docket
No. 54, Case No. 99-CR-533).  Among the subpoenas that the defendant served was a
request to the Federal Bureau of Prisons ("BOP") for all of the defendant's prison records.
The government has received those prison records from the BOP and is in the process of
reviewing and producing those records.  We expect to disclose those records to the defendant
around the beginning of September.

I have discussed with Lisa Hoyes, Esq., a realistic timetable for a sentencing hearing. Given the additional work that needs to be completed by both parties prior to the time of re-sentencing, we jointly request that the sentencing date be adjourned to a date in early 2015.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:      /s/

Douglas M. Pravda
Assistant U.S. Attorney
(718) 254-6268

cc:   Clerk of Court (ARR) (by ECF)
      Lisa Hoyes, Esq., counsel for the defendant (by ECF)

2