# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 2, 2018

ECF and Hand Delivery
The Honorable Allyne R. Ross
Senior United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   RE:   **U.S.A. v. Amaury Rosario**, 99 CR 533, 12 CV 3432 (ARR)

Your Honor:

   With the consent of the Government, I respectfully request that the Court grant an extension until March 12, 2018, for the filing of a response to the Government Submission at ECF 87.

   This additional time is necessary to properly respond to the Government Submission, most particularly the victims' letters attached as Exhibit B. Reading the letters has deeply affected Mr. Rosario and he wishes to offer his own response in hopes of mitigating the fear the victims express in their letters. This is a delicate and difficult matter and we want to approach it with the utmost care.

   Thank You for Your consideration and continued attention to this matter.

                              Respectfully Submitted,

                              *Jan Rostal*

                              JAN A. ROSTAL, ESQ.
                              (718) 330-1207
                              Jan_Rostal@fd.org

cc: AUSAs Benjamin Saltzman and Douglas Pravda, Esq. (by ECF)
    PO Victoria Main
    Amaury Rosario 49381-019  (By Regular Mail)